☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | Jay Howard Halsey, IV | Case No. |
| Debtors: | | Chapter 13 |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 49 River Chase Dr
Jackson, TN 38305      (2) _____

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ 144.00    ( ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: Aaron's, Inc Kennesaw, GA 30144    OR ( ) DIRECT PAY

**Debtor(2)** shall pay $ _____    ( ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION**    OR ( ) DIRECT PAY
From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

| | YES | NO |
|---|---|---|
| (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19] | ☐ | ☑ |
| (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8] | ☑ | ☐ |
| (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]. | ☐ | ☑ |

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                    Monthly Plan Payment:

None     Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
         ongoing payment begins _____                              $ _____
         Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

-NONE-                                Amount _____              $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

None     ongoing payment begins _____                              $ _____
         Approximate arrearage: _____ Interest _____     $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:    Rate of Interest    Monthly Plan Payment:
Colonial Auto Finance                    10,817.00               6.00                $211.00

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                   Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| | | | |
|---|---|---|---|
| Department of Education/ Nelnet $4,136.93 loan in forbearance  Debt to survive discharge | ☐ Not provided for | OR ☐ | General unsecured creditor |
| Department of Education/ Nelnet $3,519.15 loan in forbearance  Debt to survive discharge | ☐ Not provided for | OR ☐ | General unsecured creditor |
| Department of Education/ Nelnet $2,021.99 loan in forbearance  Debt to survive discharge | ☐ Not provided for | OR ☐ | General unsecured creditor |
| Department of Education/ Nelnet $1,984.11 loan in forbearance  Debt to survive discharge | ☐ Not provided for | OR ☐ | General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $26,508.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                                     ☐ Assumes OR ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ GAYRA HALL                                                                     Date  November 19, 2019    .
GAYRA HALL 028087
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**